UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 13-20619-CIV-Goodman

[CONSENT CASE]

STEVEN T. ASH, Individually and as Parent and
Natural Guardian of TYLER ASH and KELSEY
ASH (minors); ANASTASIOS BOUSSOULAS,
Individually and as Parent and Natural Guardian of
ELIAS BOUSSOULAS and PETER BOUSSOULAS
(minors); WILLIAM K. DEAL; SHELBY W. DEAL;
WILLIAM HEATH DEAL; DAWN DEAL, Individually
and as Parent and Natural Guardian of HANNAH C. DEAL,
WILLIAM HAYDEN DEAL and CONNOR H. DEAL
(minors); JOSHUA A. DREITH; NICHOLAS A. DREITH;
RICHARD R. GROSS, Individually and as Parent and Natural
Guardian of EVAN GROSS and AUSTIN GROSS (minors);
DEBRA HILL; ERIN HILL; ROBERT JACOBS, Individually
and as Parent and Natural Guardian of BRITTANY JACOBS
and BRANDON JACOBS (minors); JOYCE LEE, WENDY
PADILLA; MATTHEW G. STEED; NICOLE STEED; and
HAN YOO,

    *Plaintiffs*,

vs.

ROYAL CARIBBEAN CRUISES LTD.,
RDVT SAR d/b/a RENDEZVOUS TOUR COMPANY,
DUTCH TOURS ENTERPRISES N.V., and
XYZ CORPORATION(S),

    *Defendants*.
_____/

STEVEN T. ASH, Individually and as Parent and
Natural Guardian of TYLER ASH and KELSEY
ASH (minors); ANASTASIOS BOUSSOULAS,
Individually and as Parent and Natural Guardian of
ELIAS BOUSSOULAS and PETER BOUSSOULAS
(minors); WILLIAM K. DEAL; SHELBY W. DEAL;
WILLIAM HEATH DEAL; DAWN DEAL, Individually
and as Parent and Natural Guardian of HANNAH C. DEAL,

CASE NO. 13-20619-CIV-Goodman

WILLIAM HAYDEN DEAL and CONNOR H. DEAL
(minors); JOSHUA A. DREITH; NICHOLAS A. DREITH;
RICHARD R. GROSS, Individually and as Parent and Natural
Guardian of EVAN GROSS and AUSTIN GROSS (minors);
DEBRA HILL; ERIN HILL; ROBERT JACOBS, Individually
and as Parent and Natural Guardian of BRITTANY JACOBS
and BRANDON JACOBS (minors); JOYCE LEE, WENDY
PADILLA; MATTHEW G. STEED; NICOLE STEED; and
HAN YOO,

    *Garnishers,*

Vs.

ROYAL CARIBBEAN CRUISES LTD., CELEBRITY CRUISES INC.,
CARNIVAL CORPORATION, and SILVERSEA CRUISES LTD. (INC.),

    *Garnishees.*
_____/

## JOINT MOTION TO RESCHEDULE LOCAL ADMIRALTY RULE B(5)(b) EVIDENTIARY HEARING

The Plaintiffs and Defendant, DUTCH TOURS ENTERPRISES, N.V. ("Defendant" or "Dutch Tours"), by and through their undersigned counsel and pursuant to the applicable Federal Rules of Civil Procedure, hereby file their Joint Motion to Reschedule Local Admiralty Rule B(5)(b) Evidentiary Hearing, and in support thereof state as follows:

1.    On or about January 16, 2014, and pursuant to leave of court granted by this Honorable Court, Plaintiffs filed an Amended Complaint praying for attachment pursuant to Supplemental Rule B against Defendants. [D.E. 99].

2.    On February 3, 2014, Defendant Dutch Tours Enterprises, N.V., filed its Answer and Affirmative Defenses to Plaintiff's Amended Complaint. [D.E. 106].

3.    On February 5, 2014, this Honorable Court entered an Order Scheduling Local Admiralty Rule B(5)(b) for an evidentiary hearing on February 14, 2014 at 10:00a.m. [D.E. 107]. Pursuant to the Court's Order, the parties were instructed to each submit a pre-hearing

2

memorandum by 5:00p.m. three (3) days prior to the February 14, 2014 hearing (i.e., by February 11, 2014 at 5:00p.m.). *Id*. (noting also that, if the parties wished to call the Court's attention to any additional case law or other authority at the hearing, then the party should also file a notice of authorities with the Court by the same February 11, 2014 deadline).

4. Undersigned counsel for Defendant, Dutch Tours, is scheduled to take part in a mediation in another Federal Court matter on February 14, 2014 beginning at 10:00a.m. In an effort to avoid seeking relief from this Honorable Court, undersigned counsel contacted the mediator in the other matter in an attempt to move the mediation later in the day. Unfortunately, however, the mediator, Laura Bonn, Esq., advised that she was unable to move the mediation. Additionally, as the Plaintiffs in the other matter are flying in from out-of-town to attend the mediation and have already booked their travel arrangements, the mediation cannot be moved to another date.

5. Accordingly, the parties respectfully request that the evidentiary hearing currently scheduled for Friday, February 14, 2014 at 10:00a.m. be moved to the afternoon of Thursday, February 20, 2014[1] as undersigned counsel for Plaintiffs and for Defendant, Dutch Tours, are both available at that time.

6. Additionally, should the Court grant the instant motion and reschedule the evidentiary hearing for the afternoon on Thursday, February 20, 2014, the parties respectfully request that the deadlines to submit their pre-hearing memorandums and/or notices of authorities

---

[1] Counsel for Plaintiffs and for Defendant Dutch Tours contacted this Honorable Judge's chambers via telephone on the morning of February 10, 2014 and the Court may be available at the requested date and time.

be moved accordingly, making the parties' pre-hearing memorandums and/or notices of authorities due on or before Tuesday, February 18, 2014 at 5:00p.m.[2]

7. As counsel for Defendant was unable to rearrange his previously scheduled commitments in other Federal Court matters to accommodate the recently scheduled hearing in this matter and as counsel for Plaintiff is unopposed to the rescheduling of the hearing, the parties respectfully submit that good cause exists for the granting of the instant motion. The parties further submit that the instant motion is made in good faith and not for the purposes of undue delay.

WHEREFORE, the parties respectfully request that this Honorable Court enter an Order granting the parties' Joint Motion to Reschedule Local Admiralty Rule B(5)(b) Evidentiary Hearing and (1) rescheduling the hearing for the afternoon of Thursday, February 20, 2014 and (2) making the parties' pre-hearing memorandums and/or notices of authorities due on or before Tuesday, February 18, 2014 at 5:00p.m, and for any and all further relief this Court deems just and proper.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1 (a) (3)

Undersigned counsel for Plaintiff and undersigned counsel for Defendant Dutch Tours, hereby certify that they have conferred and are in agreement with respect to the relief requested herein.

Dated: February 11, 2014
       Miami, Florida

---

[2] Three days prior to the proposed date for the hearing is Monday, February 17, 2014. However, as Monday, February 17, 2014 is a Federal Court holiday, the parties respectfully request that their pre-hearing briefs and notices of authorities be due Tuesday, February 18, 2014 instead.

FOREMAN FRIEDMAN, PA, 2 South Biscayne Boulevard, Suite 2300, Miami, FL  33131 Tel: 305-358-6555/Fax: 305-374-9077

CASE NO. 13-20619-CIV-Goodman

Respectfully submitted,

| BY: */s/Michael A. Winkleman, Esq.* | BY: */s/ Noah D. Silverman, Esq.* |
|---|---|
| Michael A. Winkleman, Esq. | Jeffrey E. Foreman, Esq. |
| mwinkleman@lipcon.com | jforeman@fflegal.com |
| Eric C. Morales, Esq. | Noah D. Silverman, Esq. |
| emorales@lipcon.com | nsilverman@fflegal.com |
| Carlos F. Llinas Negret, Esq. | Tyler J. Tanner, Esq. |
| cllinas@lipcon.com | ttanner@fflegal.com |
| Lipcon, Margulies, Alsina & Winkleman, PA | Foreman Friedman, PA |
| One Biscayne Tower, Suite 1776 | One Biscayne Tower, Suite 2300 |
| 2 South Biscayne Boulevard | 2 South Biscayne Boulevard |
| Miami, FL 33131 | Miami, FL 33131 |
| Phone: 305-373-3016 | Phone: 305-358-6555 |
| Fax: 305-373-6204 | Fax: 305-374-9077 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant, Dutch Tours Enterprises N.V.* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 11, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

BY: /s/*Noah D. Silverman, Esq.*
Noah D. Silverman, Esq.

**FOREMAN FRIEDMAN, PA, 2 South Biscayne Boulevard, Suite 2300, Miami, FL  33131 Tel: 305-358-6555/Fax: 305-374-9077**

CASE NO. 13-20619-CIV-Goodman

# SERVICE LIST
**CASE NO.  13-20619-CIV-Magistrate Judge: Jonathan Goodman**

Michael A. Winkleman, Esq.
mwinkleman@lipcon.com
Eric C. Morales, Esq.
emorales@lipcon.com
Carlos F. Llinas Negret, Esq.
cllinas@lipcon.com
Lipcon, Margulies, Alsina & Winkleman, PA
One Biscayne Tower, Suite 1776
2 South Biscayne Boulevard
Miami, FL  33131
Phone: 305-373-3016
Fax: 305-373-6204
*Attorneys for Plaintiffs*

Trevor G. Hawes, Esq.
trevor.hawes@csklegal.com
Cole, Scott & Kissane, PA
4686 Sunbeam Road
Jacksonville, FL  32257
Phone: 904-672-4099
Fax: 904-672-4050
*Attorneys for Defendants, RDVT SAR d/b/a Rendezvous Tour Company, and Royal Caribbean Cruises Ltd.*

Jeffrey E. Foreman, Esq.
jforeman@fflegal.com
Noah D. Silverman, Esq.
nsilverman@fflegal.com
Tyler J. Tanner, Esq.
ttanner@fflegal.com
Foreman Friedman, PA
One Biscayne Tower, Suite 2300
2 South Biscayne Boulevard
Miami, FL  33131
Phone:  305-358-6555
Fax:  305-374-9077
*Attorneys for Defendant, Dutch Tours Enterprises N.V.*

Armando P. Rubio, Esq.
armando.rubio@csklegal.com
Brian Dominguez, Esq.
brian.dominguez@csklegal.com
Cole, Scott & Kissane, PA
Dadeland Centre II
9150 South Dadeland Boulevard, Suite 1400
Miami, FL  33156
Phone: 786-268-6813
Fax: 305-373-2294
*Attorneys for Defendants, RDVT SAR d/b/a Rendezvous Tour Company, and Royal Caribbean Cruises, Ltd.*